OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R          $ 00.26⁵
0006557458     JAN 20 2015
MAILED FROM ZIP CODE 78701

1/14/2015

**VAUGHN, CHARLES EDWARD    Tr. Ct. No. 1093573-A    WR-82,515-01**

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. NOT ON THE PRESCRIBED FORM PER ART. 11.07. APPLICANT HAS IMPROPERLY MODIFIED THE PRESCRIBED FORM. MULTIPLE GROUNDS RAISED ON A SINGLE PAGE.

Abel Acosta, Clerk

CHRISTOPHER H. WARREN
1314 TEXAS AVE., SUITE 712
HOUSTON, TX 77002

EBH3B 77002